IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NII NEE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE, et al.,<br><br>    Defendants. | No. 2:24-CV-3185-DC-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

    Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On July 2, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. See ECF No. 15. No objections to the findings and recommendations have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

    Accordingly, IT IS HEREBY ORDERED as follows:

    1.    The findings and recommendations filed July 2, 2025, ECF No. 15, are adopted in full.

    2.    This action is dismissed with prejudice for failure to state a claim upon

1  which relief can be granted; and

2     3. The Clerk of the Court is directed to enter judgment and close this file.

3

4   IT IS SO ORDERED.

5  Dated: __September 14, 2025__       _____

                 Dena Coggins
6                   United States District Judge

2

1  which relief can be granted; and

2    3.  The Clerk of the Court is directed to enter judgment and close this file.

3

4  IT IS SO ORDERED.

5  Dated: __September 14, 2025__

Dena Coggins
United States District Judge

2