IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NII NEE,

Plaintiff,

v.

CALIFORNIA STATE, et al.,

Defendants.

No. 2:24-cv-03185-DC-DMC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 22, 27)

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 12, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (Doc. No. 22.) Plaintiff filed a "notice re fraud committed upon the court," which the undersigned construes liberally as timely objections to the findings and recommendations. (Doc. No. 28.) On February 13, 2026, Plaintiff also filed untimely objections to the findings and recommendations. (Doc. No. 30.) Plaintiff does not meaningfully address the magistrate judge's findings and recommendations in either filing. Accordingly, neither filing provides a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed December 12, 2025, (Doc. No. 27), are ADOPTED in full;
2. Plaintiff's motion to reopen the case, (Doc. No. 22), is DENIED; and
3. This case shall remain closed.

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dena Coggins
United States District Judge